## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **Patricia Oliver** | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 3:22-cv-00174** |
| | § | |
| **The Kroger Co., et al.** | § | |
| *Defendant* | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE

Came on to be considered, the Plaintiff's Motion for Leave to File First Amended Complaint filed by the Plaintiff, and after due consideration, this Court is of the opinion that said Motion should be in all things GRANTED and Plaintiff's proposed First Amended Complaint, filed with her Motion for Leave to File First Amended Complaint, is deemed filed as of the date of the signing of this Order.

SIGNED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE